ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>Defendants. | CASE NO. 2:22-CR-136-4<br><br>UNITED STATES' MOTION FOR A BENCH WARRANT<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Kimberly J. Mueller |

**Exhibit 1: Immigration Case Hearing Notice**

```
                    UNITED STATES DEPARTMENT OF JUSTICE
                    EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                         IMPERIAL IMMIGRATION COURT


                                        LEAD FILE: ███████████
                                        IN REMOVAL PROCEEDINGS
                                        DATE: Sep 24, 2025
TO:
    NORZAGARAY-ESPINOZA, LAURO GEOVANY
    C/O  DHS/ICE, MTC/IRDF
    1572 GATEWAY ROAD
    CALEXICO, CA   92231


RE: ███████     NORZAGARAY-ESPINOZA, LAURO GEOVANY

                       Notice of In-Person Hearing
```

Your case has been scheduled for a MASTER hearing before the immigration court on:

Date:           Oct 8, 2025
Time:           08:30 A.M. PT
Court Address:  2409 LA BRUCHERIE ROAD, IMPERIAL, CA 92251

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050.**

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

_____
                          CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL[M]   PERSONAL SERVICE[P]   ELECTRONIC SERVICE[E]
TO:  [   ] Noncitizen | [ P ] Noncitizen c/o Custodial Officer |
     [   ] Noncitizen ATT/REP | [ E ] DHS
DATE: 9/24/2025       BY: COURT STAFF __CL_____
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other  NH

