ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>        Defendants. | CASE NO. 2:22-CR-136-4<br><br>UNITED STATES' MOTION FOR A BENCH WARRANT<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Kimberly J. Mueller |

**Exhibit 2: I-213 Report**

**U.S. Department of Homeland Security**  Subject ID: 400132775     **Record of Deportable/Inadmissible Alien**

| Field | Value |
|---|---|
| Family Name (CAPS) | NORZAGARAY ESPINOZA, LAURO GEOVANY |
| First | |
| Middle | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | MEXICO |
| Passport Number and Country of Issue | |
| File Number | CASE No: A[redacted] |
| Height | 73 |
| Weight | 250 |
| Occupation | LABORER |
| U.S. Address | [redacted], CALEXICO, CALIFORNIA, 92231-0000 |
| Scars and Marks | None Indicated |
| Date, Place, Time, and Manner of Last Entry | 03/14/2013, 1230, 0 mile(s) A of NOG, AFOOT |
| Passenger Boarded at | |
| F.B.I. Number | [redacted] |
| Marital Status | Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | [redacted] LOS MOCHIS, SINALOA, MEXICO |
| Method of Location/Apprehension | PI |
| Date of Birth | [redacted]1989  Age: 36 |
| Date of Action | 09/15/2025 |
| Location Code | ELC/IDO |
| At/Near | INDIO, CA |
| Date/Hour | 09/15/2025 1400 |
| City, Province (State) and Country of Birth | LOS MOCHIS, SINALOA, MEXICO |
| AR | X |
| Form: (Type and No.) Lifted / Not Lifted | |
| By | PEDRO D. REYES / JOSE TRUJILLO |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | Border Crossing Card |
| Status When Found | IN TRAVEL |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | OVER 1 YEAR |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | |
| Systems Checks | See Narrative |
| Charge Code Words(s) | R1B |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: 1034498295     I77 #: 16168100     DNA Envelope #: F4402026

Left Index Print     Right Index Print

ARREST COORDINATES:
--------------------
Latitude:  33.43003
Longitude: -.11612

CONSEQUENCE DELIVERY SYSTEM:
-----------------------------
Classification: FIRA

GIOVANNI LOPEZ
Date: 2025.09.15 19:00:58 -07'00
0349676389.CBP

09/15/2025  (Date/Initials)

**Border Patrol Agent**
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges

Distribution:
TO A FILE
ELC
ELS

Received: (Subject and Documents) (Report of Interview)
Officer: GIOVANNI LOPEZ
on: September 15, 2025 at 1712  (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: ARMANDO MARTINEZ  (A)/Supervisory Border Patrol Agent

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>NORZAGARAY ESPINOZA, LAURO GEOVANY | File Number<br>A<br>Event No: | Date<br>09/15/2025 |
|---|---|---|

```
ADDRESS USED ON I-862:
-----------------------
Address Type: UNVALIDATED
Address:                       , CALEXICO, CALIFORNIA, 92231-0000

FATHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO NORZAGARAY, LAURO

LOS MOCHIS, SINALOA, MEXICO


MOTHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO ESPINOZA, JESUS

LOS MOCHIS, SINALOA, MEXICO


FUNDS IN POSSESSION:
--------------------------
United States Dollar        780.00
Mexican Peso         2700.00


RECORDS CHECKED:
-----------------
CIS Negative
ABIS Negative
EARM Negative
NCIC Positive
NGI Positive
TECS Positive


Other Family/Associates Not in Event:
--------------------------------------
Father, NORZAGARAY,       , MEXIC
Mother, ESPINOZA,         , MEXIC

NARRATIVE:
----------
ENCOUNTER:
On September 15, LAURO GEOVBANY NORZAGARAY-ESPINOZA, DOB:       /1989 - voluntarily
```

| Signature | GIOVANNI LOPEZ<br>Date: 2025.09.15 19:01:05 -07:00<br>0349676389.CBP | Title | Border Patrol Agent |
|---|---|---|---|

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| NORZAGARAY ESPINOZA, LAURO GEOVANY | A[REDACTED]<br>Event No: [REDACTED] | 09/15/2025 |

approached the Indio Border Patrol Station in Indio, California. He presented himself to CBP officers without coercion or apprehension in the field.

NORZAGARAY-Espinoza stated he is a citizen of Mexico and wished to return to Mexico voluntarily. He indicated that he had no legal status in the United States and was not in possession of any valid immigration documents. NORZAGARAY-Espinoza claimed he entered on and about March 14, 2013, through the Nogales Arizona Port of Entry with a valid tourist visa. NORZAGARAY-Espinoza claims he overstayed his visa and has since been living in the United States. Upon questioning, the subject affirmed that he was not fleeing persecution and was not seeking asylum or other protection-based relief at this time.

Standard processing was completed, including records checks through E3. Subject has positive criminal history.

Subject will be transported to Centralized Processing Center in Imperial, California for further process and disposition.

CONSULAR NOTIFICATION:
NORZAGARAY-Espinoza was notified of his right to communicate with a consular officer from Mexico as per Article 36(a)(b) of the Vienna Convention of Consular Relations. NORZAGARAY-Espinoza acknowledged understanding the right but declined to speak with anyone at this time.

DISPOSITION:
NORZAGARAY-Espinoza was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i) of the Immigration and Nationality Act. NORZAGARAY-Espinoza was served with Forms I-200, I-862, I-286, and the List of Free Legal Service Providers.

NORZAGARAY-Espinoza claiming to be citizen of Mexico.

NORZAGARAY-Espinoza claims and appears to be in good health.

NORZAGARAY-Espinoza will be turned over to ICE-ERO as a WA/NTA.

IMMIGRATION HISTORY: A[REDACTED]

CRIMINAL HISTORY: FBI# [REDACTED]

On March 22, 2021, FBI Stockton, HSI Stockon, Stockton Police Department, Tracy Police Department, and California Department of Corrections and Rehabilitation served a search warrant at NORZAGARAY-Espinoza's home address (2916 Whittier Court Stockton, California) and found $17,625 US dollars, one 9MM Handgun, and one 5.7x28mm FN Pistol. NORZAGARAY-Espinoza was under investigation for distribution of controlled substances.

*************The following narrative was created by BPA Jesus Alvarez at the El Centro Centralized Processing Center (CPC) *************

NORZAGARAY applied for and was issued BBBCC Visa (Foil# [REDACTED]) ON 1/23/2006 and

| Signature | GIOVANNI LOPEZ<br>Date: 2025.09.15 19:01:09 -07<br>0349676389.CBP | Title | Border Patrol Agent |
|---|---|---|---|

3 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I213 |
|---|---|

| Alien's Name<br>NORZAGARAY ESPINOZA, LAURO GEOVANY | File Number<br>A███████<br>Event No: ███████ | Date<br>09/15/2025 |
|---|---|---|

expired on 1/22/2016. NORZAGARAY was last admitted into the United States using his BCC card on 3/14/2013 by bus through the Nogales West Port of Entry. During intake procedures, NORZAGARAY stated that he applied for an I-94 but was told by the immigration official that it was denied. NAZAGARAY stated that he decided to travel to the interior of the U.S. without the permit. On 7/16/2013, NORZAGARAY was charged with SELL/FURNISH/MARIJUANA/HASH and POSSESSION MARIJUANA FOR SALE out of CASC Stockton. The Department of State revoked his visa on 7/6/2015. NORZAGARAY overstayed his visa on April 14, 2013. NORZAGARAY stayed in the United States longer than 30 days without an I-94.
NORZAGARAY will be turned over to ICE/ERO pending removal procedures.

NORZAGARAY was charged with 8 USC 1227 - DEPORTABLE ALIEN and 237a1B - NONIMMIGRANT OVERSTAY.

Focus Collection Messaging questionnaire (FCM)

Do you have any relatives residing (living) in the U.S.?
- A Grandmother, three aunts and two uncles

Do you have any known contacts / close friends in the U.S.?
- No

Do you have any business associates or
Have you worked in the US before (former employers in the U.S.)?
-Farming and Window Tinting

Do you have any Social Media Profiles (include Facebook, Instagram, What's app)?
- I just used Facebook a long time ago.

Do you have Crypto Banking Info?
- No

Biographic Additions:

What city and State did you travel from?
- Sinaloa

What was your U.S. Destination?
- Stockton, California

Why did you come to the US.?
- A friend invited me to play in a music band

Do you have previous Military Service?
- No

Are you in a Gang/Cartel?
- No

| Signature | GIOVANNI LOPEZ<br>Date: 2025.09.15 19:01:13 -07:00<br>0349676389.CBP | Title | Border Patrol Agent |
|---|---|---|---|

4 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>NORZAGARAY ESPINOZA, LAURO GEOVANY | File Number<br>A<br>Event No: | Date<br>09/15/2025 |

Do you know anyone who is in a Gang/Cartel?
- No

| Signature | GIOVANNI LOPEZ<br>Date: 2025.09.15 19:01:18 -07:00<br>0349676389.CBP | Title | Border Patrol Agent |

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)