ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>    Defendants. | CASE NO. 2:22-CR-136-4<br><br>UNITED STATES' MOTION FOR A BENCH WARRANT<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Kimberly J. Mueller |

**Exhibit 2: Surveillance Video Excerpts (Lodged with the Court)**