ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>　　　　　　Defendants. | CASE NO. 2:22-CR-136-4<br><br>UNITED STATES' MOTION FOR A BENCH WARRANT<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Kimberly J. Mueller |

**Exhibit 5: Declaration of Assistant Field Office Director Fernando Valenzuela**

ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>          Defendant. | CASE NO. 2:22-CR-00136-KJM-4<br><br>DECLARATION OF FERNANDO VALENZUELA |

### DECLARATION OF FERNANDO VALENZUELA

I, FERNANDO VALENZUELA declare:

1. I am an Assistant Field Office Director currently assigned to the San Diego Field Office for U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations.

2. One of my responsibilities is to supervise the implementation of the Incentivized Voluntary Departure Program at the Imperial Regional Detention Facility. In general, this program allows certain illegal aliens to quickly complete the deportation process, and offers incentives such as an $1,000 exit bonus. Deportation officers inform all newly detained illegal aliens about this program.

3. I have reviewed our case management system for notes about this particular defendant. The case management system is named Enforce Alien Removal Module, and is used to make and keep records in the course our regularly conducted business. Such records include officer notes about

individual cases. Officers who enter such notes make them at or near the time of the event described, and such officers have knowledge about the notes they enter based on their activities in the regular course of business.

4. As to this defendant, the case management system shows that an ICE deportation officer told him about the Incentivized Voluntary Departure Program on September 16, 2025, and that the defendant said he was interested in the program. The case management system also shows that on September 17, 2025, a supervisory officer entered a comment in the system noting that the defendant did not qualify for this program because of his criminal record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025

By: _____
FERNANDO VALENZUELA