ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>　　　　　　Defendants. | CASE NO. 2:22-CR-136-KJM-4<br><br>UNITED STATES' STATUS REPORT RE: ECF NO. 189<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Kimberly J. Mueller |

On October 3, 2025, this Court issued a minute order instructing the government to inform the Court whether there has been any change to the defendant's immigration hearing schedule in light of the ongoing government shutdown. ECF No. 189. The immigration hearing is still scheduled for October 8, 2025. There has been no change in the schedule despite the government shutdown.

Dated: October 6, 2025　　　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ ADRIAN T. KINSELLA
　　　　　　　　　　　　　　　　　　　　　　　ADRIAN T. KINSELLA
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES' STATUS REPORT RE: ECF NO. 189