ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00136-4-DC |
| Plaintiff, | STIPULATION TO CONTINUE J&S HEARING AND MODIFY PSR DATES; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| GEOVANY ESPINOZA NORZAGARAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a judgment and sentencing hearing on March 31, 2026, before the District Judge Kimberly J. Mueller.  ECF No. 213.

2.    On January 4, 2026, this Court reassigned the case to District Judge Dena Coggins.  ECF No. 215.

3.    By this stipulation, the parties jointly request that the judgment and sentencing hearing be reset for April 3, 2026.   The parties also request the following modified PSR schedule:

| Event | Current Date | New Date |
|---|---|---|
| Reply Date: | 3/24/2026 | 3/26/2026 |
| Correction Date: | 3/17/2026 | 3/19/2026 |

STIPULATION TO CONTINUE J&S HEARING AND
MODIFY PSR DATES

1

| Report Date: | 3/10/2026 | 3/12/2026 |
|---|---|---|
| Objection Date: | 3/3/2026 | 3/5/2026 |
| Proposed Date: | 2/17/2026 | 2/19/2026 |

4. The parties have confirmed these proposed dates with the assigned probation officer.

IT IS SO STIPULATED.

Dated:  January 29, 2026                         ERIC GRANT
                                                 United States Attorney


                                                 /s/ ADRIAN T. KINSELLA
                                                 ADRIAN T. KINSELLA
                                                 Assistant United States Attorney


Dated:  January 29, 2026                         /s/ MEGHAN D. MCLOUGHLIN
                                                 MEGHAN D. MCLOUGHLIN
                                                 Assistant Federal Defender
                                                 Counsel for Defendant
                                                 GEOVANY ESPINOZA
                                                 NORZAGARAY

STIPULATION TO CONTINUE J&S HEARING AND
MODIFY PSR DATES

2

**ORDER**

IT IS HEREBY ORDERED as to Defendant Geovany Espinoza Norzagaray, the court, having received, read and considered the parties' stipulation filed January 29, 2026 (Doc. No. 216) and good cause appearing therefrom, GRANTS the parties' request.  Accordingly, the Sentencing Hearing scheduled for March 31, 2026 before the Honorable Kimberly J. Mueller, is VACATED and RESET for April 3, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than February 19, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than March 5, 2026; the final Report shall be submitted no later than March 12, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 19, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than March 26, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **January 29, 2026**

_____

Dena Coggins
United States District Judge