HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00136-DC |
| Plaintiff, | **STIPULATION SETTING EVIDENTIARY AND SENTENCING HEARING; [PROPOSED] ORDER** |
| vs. | |
| GEOVANY ESPINOZA NORZAGARAY, | |
| Defendant. | |

**STIPULATION**

Defendant, GEOVANY ESPINOZA NORZAGARAY, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1.  This case was set for sentencing on April 2, 2026.

2.  During the hearing, the Court ordered that a further evidentiary hearing was necessary before proceeding with the imposition of sentence and asked the parties to propose possible hearing dates.

3.  By this stipulation, the parties now move to set an evidentiary and sentencing hearing on Wednesday, May 27, 2026 at 9:30 a.m.

4.  The parties estimate that the hearing will take no longer than a half-day, or approximately three hours, for both hearing evidence and the imposition of sentence.

5.   The parties have confirmed that May 27, 2026 works with both the court interpreter and the U.S. Marshal.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 22, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

ERIC GRANT
United States Attorney

Dated: April 22, 2026

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney

*United States v. Espinoza Norzagaray* – Stipulation to Set Hearing; [Proposed] Order

**ORDER**

IT IS HEREBY ORDERED as to Geovany Espinoza Norzagaray, the court, having received, read and considered the parties' stipulation filed on April 22, 2026 (Doc. No. 228), and good cause appearing therefrom, APPROVES the parties' request as to scheduling. Accordingly, an Evidentiary Hearing and Sentencing Hearing is SET for May 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:   **April 22, 2026**

_____
Dena Coggins
United States District Judge

*United States v. Espinoza Norzagaray* – Stipulation to Set Hearing; [Proposed] Order

3