HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>Defendant. | Case No. 2:22-CR-00136-DC<br><br>**STIPULATION CONTINUING EVIDENTIARY AND SENTENCING HEARING; ORDER** |

**STIPULATION**

Defendant, GEOVANY ESPINOZA NORZAGARAY, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1.  This case was set for an evidentiary and further sentencing hearing on May 27, 2026.

2.  Despite the parties' due diligence, additional time is required to obtain and review evidence relevant to contested guideline applications and to generally prepare for the hearing.

3.  By this stipulation, the parties now move to vacate the evidentiary and sentencing hearing set for May 27, 2026 and continue it to a later date, to be determined.

4.  The parties will confer with the Court regarding potential dates for the hearing, and confirm that any proposed date works with both the court interpreter and the U.S. Marshal.

5.  The parties continue to estimate that the hearing will take no longer than a half-day, or

approximately three hours, for both hearing evidence and the imposition of sentence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 15, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
GEOVÁNY ESPINOZA NORZAGARAY

ERIC GRANT
United States Attorney

Dated: May 15, 2026

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney

*United States v. Espinoza Norzagaray* – Stipulation to Continue Hearing; Order

2

**ORDER**

IT IS HEREBY ORDERED, as to Geovany Espinoza Norzagaray, the court, having received, read and considered the parties' stipulation filed on May 15, 2026 (Doc. No. 230), and good cause appearing therefrom, APPROVES the parties' request as to scheduling. Accordingly, the Evidentiary Hearing and Further Sentencing Hearing scheduled for May 27, 2026, is VACATED and CONTINUED to a later date, to be determined.  No later than June 23, 2026, the parties shall file a stipulation and proposed order proposing a new date for the hearing.

IT IS SO ORDERED.

Dated:    **May 20, 2026**

_____
Dena Coggins
United States District Judge