HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00136-DC |
| Plaintiff, | **STIPULATION ALLOWING ADDITIONAL TIME TO SET EVIDENTIARY AND SENTENCING HEARING; ORDER** |
| vs. | |
| GEOVANY ESPINOZA NORZAGARAY, | |
| Defendant. | |

**STIPULATION**

Defendant, GEOVANY ESPINOZA NORZAGARAY, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. This case was set for a further evidentiary hearing and sentencing on May 27, 2026.  Dkt. 221.

2. The parties moved to continue the hearing in order to review relevant evidence and prepare for the hearing, and that hearing was vacated.  Dkt. 232.  The Court ordered that the parties submit a stipulation setting a new hearing date by June 23, 2026.

3. The parties have been discussing a hearing date but are still waiting to hear from some witnesses regarding their availability.

4. As a result, and by this stipulation, the parties now move for an additional week to submit

a stipulation setting the hearing date, until June 30, 2026.

5. At this point, the parties are looking at hearing dates in August and September, so the Court will have ample notice of the proposed date.

6. The parties continue to estimate that the hearing will take no longer than a half-day, or approximately three hours, for both hearing evidence and the imposition of sentence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 23, 2026          /s/ Meghan D. McLoughlin
                              MEGHAN D. McLOUGHLIN
                              Assistant Federal Defender
                              Attorney for Defendant
                              GEOVÁNY ESPINOZA NORZAGARAY


                              ERIC GRANT
                              United States Attorney

Dated: June 23, 2026          /s/ Adrian Kinsella
                              ADRIAN KINSELLA
                              Assistant United States Attorney

*United States v. Espinoza Norzagaray* – Stipulation; Order

2

**ORDER**

IT IS HEREBY ORDERED as to Geovany Espinoza Norzagaray, the court, having received, read and considered the parties' stipulation filed on June 23, 2026 (Doc. No. 235), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the deadline for the parties to file a stipulation and proposed order proposing a new date for the evidentiary hearing is EXTENDED to June 30, 2026.

IT IS SO ORDERED.

Dated: __**June 23, 2026**__

_____
Dena Coggins
United States District Judge

*United States v. Espinoza Norzagaray* – Stipulation; Order

3