HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOVANY ESPINOZA NORZAGARAY,<br><br>Defendant. | Case No. 2:22-CR-00136-DC<br><br>**AMENDED STIPULATION SETTING EVIDENTIARY AND SENTENCING HEARING; ORDER** |

### STIPULATION

Defendant, GEOVANY ESPINOZA NORZAGARAY, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. This case was set for a further evidentiary hearing and sentencing on May 27, 2026.  Dkt. 221.

2. The parties moved to continue the hearing in order to review relevant evidence and prepare for the hearing, and that hearing was vacated.  Dkt. 232.

3. By this stipulation, the parties now move to reset the evidentiary and sentencing hearing on Friday, October 9, 2026 at 9:30 a.m.

4. The parties estimate that the hearing will take no longer than a half-day, or approximately three hours, for both hearing evidence and the imposition of sentence.

IT IS SO STIPULATED.


Respectfully submitted,


HEATHER E. WILLIAMS
Federal Defender

Dated: July 1, 2026          /s/ Meghan D. McLoughlin
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY


Dated: July 1, 2026          /s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney

*United States v. Espinoza Norzagaray* – Amended Stipulation to Set Hearing; Order

2

**ORDER**

IT IS HEREBY ORDERED, as to Geovany Espinoza Norzagaray, the court, having received, read and considered the parties' amended stipulation filed on July 1, 2026 (Doc. No. 238), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Evidentiary and Sentencing Hearing is RESET for October 9, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider at the hearing should be filed no later than 12:00 PM (Noon) on October 1, 2026.


IT IS SO ORDERED.

Dated:    **July 1, 2026**

Dena Coggins
United States District Judge

*United States v. Espinoza Norzagaray* – Amended Stipulation to Set Hearing; Order

3