HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GEOVANY ESPINOZA NORZAGARAY,<br>Defendant. | Case No. 2:22-CR-00136-DC<br>**STIPULATION TO VACATE EVIDENTIARY HEARING; ORDER**<br>DATE: October 9, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Defendant, GEOVANY ESPINOZA NORZAGARAY, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. This case was set for a further evidentiary hearing and sentencing on October 9, 2026. Dkt. 239.
2. Mr. Espinoza Norzagaray has since withdrawn his formal objections forming the basis for the evidentiary hearing. *See* Dkt. 240.
3. By this stipulation, the parties now move to vacate the evidentiary hearing, as it is no longer necessary.
4. The parties will be prepared to proceed with sentencing on October 9, 2026.

//

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 4, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
GEOVANY ESPINOZA NORZAGARAY

Dated: September 4, 2026

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED as to Geovany Espinoza Norzagaray, the court, having received, read and considered the parties' stipulation filed on September 4, 2026 (Doc. No. 241), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Evidentiary Hearing set for October 9, 2026 is VACATED. The Sentencing Hearing set for October 9, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins will proceed as scheduled. Any further briefing the parties want the court to consider shall be filed no later than 12:00 p.m. on October 1, 2026.

IT IS SO ORDERED.

Dated: **September 8, 2026**

Dena Coggins
United States District Judge